UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GREGORY ROBERSON,

Plaintiff,

Case No.:10-81267-CIV-RYSKAMP/VITUNAC

vs.

PORTFOLIO RECOVERY ASSOCIATES,
LLC,

Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: January 10, 2011                Respectfully submitted,

/s Andrew I. Glenn
Andrew I. Glenn
E-mail: AGlenn@cardandglenn.com
Florida Bar No.: 577261
J. Dennis Card, Jr.
E-mail:DCard@cardandglenn.com
Florida Bar No. 0487473
Card & Glenn, P.A.
2501 Hollywood Boulevard, Suite 100
Hollywood, Florida 33020
Telephone: (954) 921-9994
Facsimile: (954) 921-9553
Attorneys for Plaintiff