UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 10-CV-81267-RYSKAMP/VITUNAC

GREGORY ROBERSON,

    Plaintiff,

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on plaintiff's notice of voluntary dismissal with prejudice **[DE 5]** filed on January 10, 2011. The plaintiff advises the Court that the parties have amicably settled this matter. It is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Any pending motions are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 11 day of January, 2011.

                                           /s/ Kenneth L. Ryskamp
                                           KENNETH L. RYSKAMP
                                           UNITED STATES DISTRICT JUDGE